IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZHENIS BRIMOV AND ZHANNA KIRBAKAYEVA<br>*Plaintiffs,*<br><br>V<br><br>MARK FREELEN AND STAN KOCH & SONS TRUCKING, INC.<br>*Defendants* | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO.: 4:22-cv-01727<br>§<br>§<br>§<br>§ |

## NOTICE OF REMOVAL

TO THE HONORABLE DISTRICT JUDGE:

Defendant STAN KOCH & SONS TRUCKING, INC. files this Notice of Removal under 28 U.S.C. § 1332(a).

## PROCEDURAL HISTORY

1. On April 27, 2022, Plaintiffs Zhenis Brimov and Zhanna Kirbakayeva sued Defendants Stan Koch & Sons Trucking, Inc. ("Koch") and Mark Freelen ("Freelen") in the 157th Judicial District Court of Harris County, Texas, Cause No. 2022-25292 for claims arising out of a motor vehicle accident (the "State Court Action").

2. Koch was served on May 2, 2022.

3. Freelen has not been served with suit as of the time of filing this Notice of Removal.

## REMOVAL IS TIMELY

4. This Notice of Removal is filed within thirty (30) days of Koch's receipt of service of the Original Petition and, therefore, is timely filed under 28 U.S.C. §1446(b).

## DIVERSITY OF CITIZENSHIP EXISTS

5. Plaintiff's Original Petition establishes that the United States District Court for the Southern District of Texas, Houston Division has diversity jurisdiction. *See* 28 U.S.C. §§ 1332,

1441, and 1446. Per Plaintiff's Original Petition, the accident occurred in Harris County,[1] which lies within the Houston Division of the Southern District of Texas.

6. For diversity purposes, a person is considered a citizen of the state where that person is domiciled. 28 U.S.C. §1332(c)(1). According to their Original Petition, Plaintiffs reside in Houston, Texas.[2] For purposes of removal, it therefore must be presumed that Plaintiffs now, and were at the time this action was commenced, citizens of Texas.

7. According to their Original Petition, "Freelen is an individual residing in Ardmore, Oklahoma."[3] For purposes of removal, it therefore must be presumed that Freelen is now and is at the time this action was commenced, a citizen of Oklahoma.

8. Additionally, for diversity purposes, a corporation is a citizen of both the state in which it was incorporated and the state in which it has its principal place of business. 28 U.S.C. §1332(c)(1). According to their Original Petition, Koch "is a Foreign For-Profit Corporation doing business in The State of Texas."[4]

9. More specifically, per the Affidavit of Edgar O'Campo attached and incorporated here as Exhibit A, Koch is a Minnesota corporation with its principal place of business in Minnesota.

10. Therefore, diversity of citizenship exists among the parties.

**AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED**

11. The amount in controversy exceeds $75,000.00, excluding interest and costs. 28 U.S.C. §1332(a). Plaintiff's Original Petition establishes the diversity-amount in controversy jurisdiction, as they "seek monetary relief over $1,000,000.00, including damages of any kind,

---

[1] *See* Plaintiff's Original Petition at ¶ 2.
[2] *See* Plaintiff's Original Petition at ¶ 3.
[3] *See* Plaintiff's Original Petition at ¶ 3.
[4] *See* Plaintiff's Original Petition at ¶ 3.

penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which Plaintiffs are justly entitled."[5] Accordingly, the amount in controversy requirement is satisfied.

### VENUE IS PROPER IN THIS DISCTRICT

12. Venue is proper in the Southern District of Texas, Houston Division pursuant to 28 U.S.C. §1391(b)(2). The motor vehicle accident at issue occurred in Harris County.[6] Thus, a substantial part of the events or omissions giving rise to the claim occurred in this District.

### NOTICE TO STATE COURT

13. Defendant has given notice of this removal to the 157th District Court of Harris County, Texas.

### RELATED REMOVAL FILINGS

14. All pleadings, process, orders, and other filings in the state court action are filed along with this Notice accompanied by an Index as required by 28 U.S.C. §1446(a) and Local Rule 81. Also being filed in this Court is a List of Counsel.

### CONSENT

15. Koch, the only Defendant served to date, consents to removal.

### CONCLUSION

16. Koch requests that the Court place this case on the docket of the United States District Court for the Southern District of Texas, Houston Division. Koch further requests a full and fair opportunity to brief, respond, and argue against any motion for remand filed by Plaintiffs. Finally, Koch requests any other relief to which it may be entitled.

---

[5] *See* Plaintiffs' Original Petition at ¶ 7.
[6] *See* Plaintiff's Original Petition at ¶ 2.

Respectfully submitted,

COX P.L.L.C



**Clinton V. Cox, IV**
State Bar No. 24040738
ccox@coxpllc.com
7859 Walnut Hill Lane, Suite 310
Dallas, Texas 75230
Tel:   (214) 444-7640
Fax:   (469) 340-1884

**Marjorie C. Nicol**
State Bar No. 00784684
mnicol@coxpllc.com
2200 Post Oak Blvd., Suite 1550
Houston, Texas 77056
Tel:   (713) 504-9078
Fax:   (469) 340-1884

**ATTORNEYS FOR DEFENDANT
STAN KOCH & SONS TRUCKING, INC.**

## CERTIFICATE OF SERVICE

This will certify the foregoing instrument has been served on all attorneys of record, pursuant to the Texas Rules of Civil Procedure on this the 26th day of May 2022.

**Clinton V. Cox, IV**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOSUTON DIVISION

| | |
|---|---|
| ZHENIS BRIMOV AND ZHANNA KIRBAKAYEVA<br>    *Plaintiffs,* | §<br>§<br>§<br>§ |
| V | § CIVIL ACTION NO.: _____ |
| MARK FREELEN AND STAN KOCH & SONS TRUCKING, INC.<br>    *Defendants* | §<br>§<br>§<br>§ |

### AFFIDAVIT IN SUPPORT OF NOTICE OF REMOVAL

STATE OF MINNESOTA

COUNTY OF HENNEPIN

BEFORE ME, the undersigned authority, personally appeared Edgar Ocampo, who, after being duly sworn by me, deposes and states:

1. I am more than eighteen (18) years of age, have never been convicted of a felony, and am otherwise legally qualified to make this Affidavit.

2. I have personal knowledge of the statements contained in this Affidavit, all of which are true and correct.

3. I am employed by STAN KOCH AND SONS TRUCKING, INC. as its General Counsel.

4. STAN KOCH AND SONS TRUCKING, INC. is a Minnesota corporation with its principal place of business in Minnesota.

_____
Edgar Ocampo, General Counsel
STAN KOCH AND SONS TRUCKING, IC.

**Exhibit A**

Sworn to and subscribed before me this 20th day of May 2022.

*Tanya Gunderson*
NOTARY PUBLIC

*Tanya Gunderson*
PRINTED NAME

TANYA LYNN GUNDERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires 01/31/2026