**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ZHENIS BRIMOV AND ZHANNA** | § | |
| **KIRBAKAYEVA** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **V** | § | **CIVIL ACTION NO.: 4:22-cv-01727** |
| | § | |
| **MARK FREELEN AND STAN KOCH &** | § | |
| **SONS TRUCKING, INC.** | § | |
| *Defendants* | § | |

## **INDEX OF PLEADINGS FILED IN THE STATE COURT ACTION**

TO THE UNITED STATES DISTRICT CLERK:

Pursuant to 28 U.S.C. § 1447(b), attached hereto are complete true and correct copies of

all documents filed in the state court action:

(1) Request for Issuance of Service to Mark Freelen (4/27/2022)
(2) Request for Issuance of Service to Stan Koch & Sons Trucking, Inc. (4/27/2022)
(3) Civil Case Information Sheet (4/27/2022)
(4) Plaintiff's Original Petition (4/27/2022)
(5) E-Issuance Citation of Non-Resident (4/28/2022)
(6) E-Issuance Citation Corporate (4/28/2022)
(7) Affidavit of Service as to Stan Koch and Sons Trucking, Inc. (5/17/2022)
(8) Defendant Stan Koch and Sons Trucking, Inc.'s Original Answer (5/20/22)

Respectfully submitted,

COX P.L.L.C

**Clinton V. Cox, IV**
State Bar No. 24040738
ccox@coxpllc.com
7859 Walnut Hill Lane, Suite 310
Dallas, Texas 75230
Tel:    (214) 444-7640

Fax:     (469) 340-1884
**Marjorie C. Nicol**
State Bar No. 00784684
mnicol@coxpllc.com
2200 Post Oak Blvd., Suite 1550
Houston, Texas 77056
Tel:     (713) 504-9078
Fax:     (469) 340-1884

**ATTORNEYS FOR DEFENDANT
STAN KOCH & SONS TRUCKING, INC.**

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing instrument has been served to all attorneys of record in the above-entitled and numbered cause, in accordance with the Federal Rules of Civil Procedure on this the 26th day of May 2022.

_____
**Clinton V. Cox, IV**

4/27/2022 2:28:43 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 63963892
By: JACKSON, MONICA J
Filed: 4/27/2022 2:28:43 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition

## FILE DATE: April 27, 2022
Month/Day/Year

## SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to**: **Mark Freelen**

Address of Service: **29 Elks Blvd.**

City, State & Zip: **Ardmore, OK 73401**

Agent (if applicable):

## TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

| | | | |
|---|---|---|---|
| X Citation | ☐ Citation by Posting | ☐ Citation by Publication | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | | Newspaper_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ($12.00)** | ☐ **Capias (not an E-Issuance)** | ☐ **Attachment** | |
| ☐ **Certiorari** | ☐ **Highway Commission ($12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | ☐ **Garnishment** | |
| ☐ **Habeas Corpus** | ☐ **Injunction** | ☐ **Sequestration** | |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)** _____ | | | |

**(See additional Forms for Post Judgment Service)**

---

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP (phone)** _____   ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney** at: _____   **(No Service Copy Fees Charged)**
☐ **CONSTABLE**   *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**   used to retrieve the E-Issuance Service Documents.
Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____

☐ **OTHER**, *explain* _____

---

**Issuance of Service Requested By:** Attorney/Party Name: **Christopher Morrell** Bar # or ID **24077383**

Mailing Address:**3730 Kirby Dr., Suite 1030, Houston, TX 77098** Phone Number:**833-667-7355**

4/27/2022 2:28:43 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 63963892
By: JACKSON, MONICA J
Filed: 4/27/2022 2:28:43 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____    CURRENT COURT: _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** April 27, 2022
                Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** **Stan Koch & Sons Trucking, Inc.**

Address of Service: **1601 Elm Street, Suite 4360**

City, State & Zip: **Dallas, TX 75201**

Agent (if applicable): **Cogency Global, Inc.**

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

| | | | |
|---|---|---|---|
| X Citation | ☐ Citation by Posting | ☐ Citation by Publication | ☐ **Citations Rule 106 Service** |
| ☐ Citation Scire Facias | | Newspaper_____ | |
| ☐ Temporary Restraining Order | ☐ Precept | | ☐ Notice |
| ☐ Protective Order | | | |
| ☐ Secretary of State Citation ($12.00) | ☐ Capias (not an E-Issuance) | ☐ Attachment | |
| ☐ Certiorari | ☐ Highway Commission ($12.00) | | |
| ☐ Commissioner of Insurance ($12.00) | ☐ Hague Convention ($16.00) | ☐ Garnishment | |
| ☐ Habeas Corpus | ☐ Injunction | ☐ Sequestration | |
| ☐ Subpoena | | | |
| ☐ Other (Please Describe) _____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____    ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney** at: _____         **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                                         *Note:* The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**                  used to retrieve the E-Issuance Service Documents.
                                                        Visit www.hcdistrictclerk.com for more instructions.
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____

☐ **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: **Christopher Morrell** Bar # or ID **24077383**

Mailing Address: **3730 Kirby Dr., Suite 1030, Houston, TX 77098** Phone Number: **833-667-7355**

4/27/2022 2:28:43 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 63963892
By: JACKSON, MONICA J
Filed: 4/27/2022 2:28:43 PM

| **CAUSE NUMBER** *(FOR CLERK USE ONLY):* _____ | **COURT** *(FOR CLERK USE* _____ |
|---|---|

**STYLED** Zhenis Brimov and Zhanna Kirbakayeva v. Mark Freelen and Stan Koch & Sons Trucking, Inc.

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| **1. Contact information for person completing case information sheet:** | | **Names of parties in case:** | **Person or entity completing sheet is:** |
|---|---|---|---|
| Name: <br> Christopher Morrell | Email: <br> cmorrell@themorrellfirm.com | Plaintiff(s)/Petitioner(s): <br> Zhenis Brimov <br><br> Zhanna Kirbakayeva | ☑ Attorney for Plaintiff/Petitioner <br> ☐ *Pro Se* Plaintiff/Petitioner <br> ☐ Title IV-D Agency <br> ☐ Other: _____ |
| Address: <br> 3730 Kirby Drive, Suite 1030 | Telephone: <br> 833-667-7355 | | **Additional Parties in Child Support Case:** |
| City/State/Zip: <br> Houston, TX 77098 | Fax: <br> 713-322-5998 | Defendant(s)/Respondent(s): <br> Mark Freelen <br><br> Stan Koch & Sons Trucking, Inc. | Custodial Parent: _____ <br><br> Non-Custodial Parent: _____ |
| Signature: <br> Christopher Morrell | State Bar No: <br> 24077383 | [Attach additional page as necessary to list all parties] | Presumed Father: _____ |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| | | | | **Post-judgment Actions (non-Title IV-D)** |
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | ☐ Enforcement <br> ☐ Modification—Custody <br> ☐ Modification—Other |
| *Debt/Contract* <br> ☐ Consumer/DTPA <br> ☐ Debt/Contract <br> ☐ Fraud/Misrepresentation <br> ☐ Other Debt/Contract: ___ | ☐ Assault/Battery <br> ☐ Construction <br> ☐ Defamation <br> *Malpractice* <br> ☐ Accounting <br> ☐ Legal <br> ☐ Medical <br> ☐ Other Professional <br>    Liability: | ☐ Eminent Domain/ <br>    Condemnation <br> ☐ Partition <br> ☐ Quiet Title <br> ☐ Trespass to Try Title <br> ☐ Other Property: <br> _____ | ☐ Annulment <br> ☐ Declare Marriage Void <br> *Divorce* <br> ☐ With Children <br> ☐ No Children | |
| | | | | **Title IV-D** |
| *Foreclosure* <br> ☐ Home Equity—Expedited <br> ☐ Other Foreclosure <br> ☐ Franchise <br> ☐ Insurance <br> ☐ Landlord/Tenant <br> ☐ Non-Competition <br> ☐ Partnership <br> ☐ Other Contract: | | | | ☐ Enforcement/Modification <br> ☐ Paternity <br> ☐ Reciprocals (UIFSA) <br> ☐ Support Order |
| | ☑ Motor Vehicle Accident <br> ☐ Premises <br> *Product Liability* <br> ☐ Asbestos/Silica <br> ☐ Other Product Liability <br>    List Product: <br><br> ☐ Other Injury or Damage: <br> _____ | **Related to Criminal Matters** <br> ☐ Expunction <br> ☐ Judgment Nisi <br> ☐ Non-Disclosure <br> ☐ Seizure/Forfeiture <br> ☐ Writ of Habeas Corpus— <br>    Pre-indictment <br> ☐ Other: | **Other Family Law** <br> ☐ Enforce Foreign <br>    Judgment <br> ☐ Habeas Corpus <br> ☐ Name Change <br> ☐ Protective Order <br> ☐ Removal of Disabilities <br>    of Minority <br> ☐ Other: | **Parent-Child Relationship** <br> ☐ Adoption/Adoption with <br>    Termination <br> ☐ Child Protection <br> ☐ Child Support <br> ☐ Custody or Visitation <br> ☐ Gestational Parenting <br> ☐ Grandparent Access <br> ☐ Parentage/Paternity <br> ☐ Termination of Parental <br>    Rights <br> ☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination <br> ☐ Retaliation <br> ☐ Termination <br> ☐ Workers' Compensation <br> ☐ Other Employment: | ☐ Administrative Appeal <br> ☐ Antitrust/Unfair <br>    Competition <br> ☐ Code Violations <br> ☐ Foreign Judgment <br> ☐ Intellectual Property | ☐ Lawyer Discipline <br> ☐ Perpetuate Testimony <br> ☐ Securities/Stock <br> ☐ Tortious Interference <br> ☐ Other: | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐ Tax Appraisal <br> ☐ Tax Delinquency <br> ☐ Other Tax | *Probate/Wills/Intestate Administration* <br> ☐ Dependent Administration <br> ☐ Independent Administration <br> ☐ Other Estate Proceedings | ☐ Guardianship—Adult <br> ☐ Guardianship—Minor <br> ☐ Mental Health <br> ☐ Other: _____ | | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court <br> ☐ Arbitration-related <br> ☐ Attachment <br> ☐ Bill of Review <br> ☐ Certiorari <br> ☐ Class Action | ☐ Declaratory Judgment <br> ☐ Garnishment <br> ☐ Interpleader <br> ☐ License <br> ☐ Mandamus <br> ☐ Post-judgment | ☐ Prejudgment Remedy <br> ☐ Protective Order <br> ☐ Receiver <br> ☐ Sequestration <br> ☐ Temporary Restraining Order/Injunction <br> ☐ Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case):*
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☑ Over $1,000,000

Rev 2/13

4/27/2022 2:28 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 63963892
By: Monica Jackson
Filed: 4/27/2022 2:28 PM

CAUSE NO. _____

| | | |
|---|---|---|
| ZHENIS BRIMOV AND | § | IN THE DISTRICT COURTS OF |
| ZHANNA KIRBAKAYEVA | § | |
| *Plaintiffs* | § | |
| | § | |
| *VS.* | § | HARRIS COUNTY, TEXAS |
| | § | |
| MARK FREELEN AND STAN KOCH | § | |
| & SONS TRUCKING, INC. | § | |
| *Defendants* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs, Zhenis Brimov, and Zhanna Kirbakayeva, complain of Defendants Mark Freelen, and Stan Koch & Sons Trucking, Inc, and would respectfully show the Court as follows:

## I.      DISCOVERY CONTROL PLAN

Plaintiffs intends to conduct discovery in this matter under Level 2 of the Texas Rules of Civil Procedure.

## II.      JURISDICTION AND VENUE

The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County.

## III.      PARTIES

Plaintiffs Zhenis Brimov, and Zhanna Kirbakayeva are individuals who reside in Houston, Texas.

Defendant Mark Freelen is an individual residing in Ardmore, Oklahoma and may be served at his residence, 29 Elks Blvd., Ardmore, OK 73401, or wherever he may be found.

1

Defendant Stan Koch & Sons Trucking, Inc., is a Foreign For-Profit Corporation doing business in The State of Texas.  It may be served with process by and through its registered agent, Cogency Global, Inc. at 1601 Elm Street, Suite 4360, Dallas, TX 75201.

## IV.    FACTS

This lawsuit is necessary as a result of personal injuries that Plaintiffs received on or about May 26, 2021. At that time, Mr. Brimov was stopped at the traffic light facing northbound on the 3300 block of McCue Rd., and 5100 block of Richmond Avenue with his passengers, Zhanna Kirbakayeva, and a minor child.

Defendant, Mark Freelen, was driving a Trailer truck traveling in the same direction on the line left to Plaintiffs' vehicle. At the intersection, Defendant made an improperly wide right turn and struck Plaintiffs' vehicle in the front left quarter.

Consequently, the reckless acts of Mark Freelen caused severe injuries to Plaintiffs, Zhenis Brimov, and Zhanna Kirbakayeva.

At the time of the accident in question, Defendant Mark Freelen was an employee, agent, and/or servant of Stan Koch & Sons Trucking, Inc.

## V.    CAUSES OF ACTION AGAINST MARK FREELEN

Defendant Mark Freelen's had a duty to exercise the degree of care that a person of ordinary prudence would use to avoid harm to others under circumstances similar to those described herein.

Plaintiffs' injuries were proximately caused by Defendant Mark Freelen's negligent, careless and reckless disregard of said duty.

The negligent, careless and reckless disregard of duty of Defendant Mark Freelen consisted of, but is not limited to, the following acts and omissions:

2

A.   In that Defendant Mark Freelen failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

B.   In that Defendant Mark Freelen was operating his motor vehicle at a rate of speed which was greater than that would have been operated by a person of ordinary prudence under the same or similar circumstances;

C.   In that Defendant Mark Freelen failed to operate a motor vehicle as a person using ordinary prudent care would have done;

D.   In that Defendant Mark Freelen failed to maintain a clear and reasonable distance between Plaintiff's motor vehicle and Defendant's motor vehicle which would permit Defendant to bring his motor vehicle to a safe stop without colliding into Plaintiff's motor vehicle;

E.   In that Defendant Mark Freelen failed to keep such distance away from Plaintiff's motor vehicle as a person using ordinary prudent care would have done; and

F.   In that Defendant Mark Freelen failed to turn his motor vehicle in an effort to avoid the collision complained of, causing a collision with Plaintiff.

## VI.   PLAINTIFFS' CLAIM OF RESPONDEAT SUPERIOR AGAINST DEFENDANT STAN KOCH & SONS TRUCKIN, INC.

Plaintiffs were injured as a result of Defendant STAN KOCH & SONS TRUCKING, INC. employee's negligence.

Defendant Stan Koch & Sons Trucking, Inc. employee's negligence was performed while employee was within the course and scope of that employment.

Defendant Stan Koch & Sons Trucking, Inc.'s employee had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

Plaintiffs' injuries were proximately caused by Defendant Stan Koch & Sons Trucking, Inc. employee's negligent, careless and/or reckless disregard of said duty.

Plaintiffs allege that one, more than one, or all of the foregoing acts or omissions constitute negligence and as the actions of Defendants have no excuse in law. Defendants, thus, should be held liable for said negligent acts that were a proximate cause of the injuries sustained by the Plaintiffs.

Plaintiffs, as a proximate and produced result of Defendants' negligent conduct, suffered both painful bodily injuries and damages. Plaintiffs bring suit for their damages including, but not limited to:

1. Reasonable medical care and expenses in the past;
2. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;
3. Physical pain and suffering in the past;
4. Physical pain and suffering in the future;
5. Physical impairment in the past;
6. Physical impairment which, in all reasonable probability, will be suffered in the future;
7. Loss of Wages in the past;
8. Loss of Wages in the future;
9. Mental anguish in the past; and
10. Mental anguish in the future.

## VII.    STATEMENT REGARDING MONETARY RELIEF SOUGHT

Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiffs seek monetary relief over $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which Plaintiffs are justly entitled. Plaintiffs expressly reserve the right to amend this Rule 47 statement of relief if necessary.

## VIII.  DEMAND FOR JURY TRIAL

Plaintiffs hereby demands a trial by jury.

### IX.     REQUEST FOR DISCLOSURE TO DEFENDANT

Pursuant to Texas Rules of Civil Procedure 194, Plaintiff requests you disclose, within 50 days of service of this request, the information or materials described in Texas Rule of Civil Procedure 194.2(a)-(l).

### X.     RULE 193.7 NOTICE

Plaintiffs hereby give actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

### PRAYER

Plaintiff prays that this/these citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiffs have/has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interests, all costs of Court, and all such other and further relief, to which she may be justly entitled.

Respectfully submitted,

**MORRELL LAW FIRM, PLLC**

*/s/ Christopher Morrell*
CHRISTOPHER L. MORRELL
Texas State Bar No. 24077383
3730 Kirby Drive, Suite 1030
Houston, Texas 77098
Phone: (833) 667-7355;
Fax: (713) 322-5998
Email: cmorrell@themorrellfirm.com

**ATTORNEY FOR PLAINTIFFS**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Christopher Morrell on behalf of Christopher Morrell
Bar No. 24077383
cmorrell@themorrellfirm.com
Envelope ID: 63963892
Status as of 4/27/2022 2:37 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Morrell | | cmorrell@themorrellfirm.com | 4/27/2022 2:28:43 PM | SENT |
| Mariselma Ayala-Stephens | | mayala-stephens@themorrellfirm.com | 4/27/2022 2:28:43 PM | SENT |

CAUSE NO. 202225292

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 929149
TRACKING #: 74000205   EML

Plaintiff: BRIMOV, ZHENIS

vs.

Defendant: FREELEN, MARK

In The 157th
Judicial District Court of
Harris County, Texas

Houston, Texas

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:     **FREELEN, MARK**
        **29 ELKS BLVD**
        **ARDMORE OK 73401**
OR WHEREVER HE MAY BE FOUND

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on 4/27/2022, in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on  April 28, 2022, under my hand and seal of said court.

Issued at the request of:
Morrell, Christopher L
3730 KIRBY DRIVE, SUITE 1200
HOUSTON, TX  77098
713-834-1151

Bar Number: 24077383

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: MONICA JACKSON

Tracking Number: 74000205   EML

**CAUSE NUMBER: 202225292**

| | |
|---|---|
| **PLAINTIFF: BRIMOV, ZHENIS** | **In the 157th** |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT: FREELEN, MARK** | **Harris County, Texas** |

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____. Executed at

(Address)_____
_____ in _____ County at o'clock ___. M. On the _____ day of _____, 20 _____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the _____. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20__.

Fees $_____

_____                    By_____
                    Affiant                                                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20___.

_____
                    Notary Public

CAUSE NO. 202225292

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 929149  TRACKING NO: 74000202   EML

| | |
|---|---|
| Plaintiff: | In The 157th |
| BRIMOV, ZHENIS | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| FREELEN, MARK | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:    STAN KOCH & SONS TRUCKING INC (FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED**
**BY AND THROUGH ITS REGISTERED AGENT COGENCY GLOBAL INC**
**1601 ELM STREET SUITE 4360, DALLAS TX 75201**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on April 27, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on April 28, 2022, under my hand and seal of said court.

Issued at the request of:

Morrell, Christopher L
3730 KIRBY DRIVE, SUITE 1200
HOUSTON, TX  77098
713-834-1151
Bar Number: 24077383



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:MONICA JACKSON

Tracking Number: 74000202  EML

**CAUSE NUMBER: 202225292**

| | |
|---|---|
| PLAINTIFF: BRIMOV, ZHENIS | In the 157th |
| vs. | Judicial District Court of |
| DEFENDANT: FREELEN, MARK | Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment».  Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____          By_____
                 Affiant                                                        Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.


_____
Notary Public

5/17/2022 11:48 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 64575791
By: Terrylaine Cormier
Filed: 5/17/2022 11:48 AM

# AFFIDAVIT OF SERVICE

Job # D3320

### Client Info:

Klein Investigations & Consulting
P.O. Box 1212
Nederland, TX 77627

### Case Info:

| | |
|---|---|
| **PLAINTIFF:** | DISTRICT COURT |
| ZHENIS BRIMOV | |
| -versus- | County of Harris, Texas |
| **DEFENDANT:** | Court Case # 202225292 |
| MARK FREELEN | |

### Service Info:

**Received by Gregory L. Johnson: on May, 2nd 2022** at **02:00 PM**
**Service:** I Served **Stan Koch & Sons Trucking Inc., (Foreign for-profit Corporation) May be served by and through its Registered Agent: Cogency Global, Inc.**
With: **CITATION CORPORATE, PLAINTIFFS ORIGINAL PETITION**
by leaving with **Rodney Miller, REGISTERED AGENT**

**At Business 1601 ELM STREET, SUITE 4360 DALLAS, TX 75201**
Latitude: **32.781708,** Longitude: **-96.799959**

On **5/2/2022** at **03:46 PM**
**Manner of Service: CORPORATE**
Corporate Service was performed by delivering a true copy to designated person to accept.

My name is **Gregory L. Johnson** I declare under penalty of perjury that the foregoing is true and correct. Executed in **Dallas** County, State of **TX**, on the **02nd day of May, 2022**

**Gregory L. Johnson**

**Klein Investigations & Consulting**
P.O. Box 1212
Nederland, TX 77627

Client # Brimov, and Kirbakayeva vs. Mark Freelen
and Stan Koch & Sons Trucking, Inc.
Job # D3320




1 of 1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Christopher Morrell on behalf of Christopher Morrell
Bar No. 24077383
cmorrell@themorrellfirm.com
Envelope ID: 64575791
Status as of 5/17/2022 12:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Morrell | | cmorrell@themorrellfirm.com | 5/17/2022 11:48:54 AM | SENT |
| Mariselma Ayala-Stephens | | mayala-stephens@themorrellfirm.com | 5/17/2022 11:48:54 AM | SENT |

5/20/2022 7:58 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 64691946
By: Terrylaine Cormier
Filed: 5/20/2022 7:58 AM

## CAUSE NO. 2022-25292

| | | |
|---|---|---|
| **ZHENIS BRIMOV AND ZHANNA** | § | **IN THE DISTRICT COURT** |
| **KIRBAKAYEVA** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **MARK FREELEN AND STAN KOCH &** | § | |
| **SONS TRUCKING, INC.** | § | |
| **Defendants.** | § | **157TH JUDICIAL DISTRICT** |
| | § | |

## DEFENDANT STAN KOCH AND SONS TRUCKING, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE GARRISON:

DEFENDANT STAN KOCH AND SONS TRUCKING, INC. files this Original Answer and respectfully shows this Court as follows:

### I.
### GENERAL DENIAL

1.     Defendant denies all allegations contained within Plaintiffs' pleadings and demands strict proof of those allegations.

### II.

### AFFIRMATIVE DEFENSES

2.     Defendant asserts proportionate responsibility pursuant to Section 33.001 of the Texas Civil Practice and Remedies Code.  Specifically, Defendant will show at the time and on the occasion in question, Plaintiffs failed to exercise that degree of care and caution that would have been exercised by a person of ordinary prudence, under the same or similar circumstances. Accordingly, Plaintiffs' acts and/or omissions constitute negligence, and such negligence was the sole cause, or in the alternative, a proximate cause of the accident in question, and the damages and injuries, if any, sustained by Plaintiffs. Therefore, Plaintiffs are barred, in whole or in part,

from a recovery of damages from Defendant.

3.      Defendant will show Plaintiffs assumed the risk of injury by their conduct.

4.      Defendant will show Plaintiffs failed to mitigate their damages and, therefore, any such claims or causes of action are barred to that extent.

5.      Defendant will show Plaintiffs' alleged injuries are the result of pre- and/or post-existing conditions unrelated to the incident made the basis of this lawsuit.

6.      Defendant will show Plaintiffs' medical treatment and/or medical expenses are unnecessary and/or unreasonable.

7.      Defendant further invokes Section 41.0105 of the Texas Civil Practice and Remedies Code. To the extent Plaintiffs seek recovery of medical or healthcare expenses incurred, the evidence to prove such loss must be limited to the amount actually paid or incurred by or on behalf of Plaintiff. Defendant further requests the Court to instruct the jury as to whether any recovery for medical or healthcare expenses sought by Plaintiff is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

8.      Defendant invokes Section 18.091 of the Texas Civil Practice of Remedies Code. To the extent Plaintiffs seek recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value or loss of inheritance, the evidence to prove such loss must be presented in the form of net loss after reduction of income tax payments or unpaid tax liability. Defendant further requests the Court to instruct the jury as to whether any recovery for compensatory damages sought by Plaintiffs are subject to federal or state income taxes.

9.      Defendant invokes the protections and limitations of Texas Finance Code Sections 304.003, 304.103, and 304.1045 regarding any award for pre- and/or post-judgment interest.

## III.
## NOTICE OF INTENT

10.     Defendant gives notice of intent to utilize items produced in discovery in the trial

of this matter, and the authenticity of such items is self-proven per Rule 193.7 of the Texas Rules

of Civil Procedure.

## IV.
## REQUEST FOR RELIEF

Defendant **Stan Koch and Sons Trucking, Inc.** respectfully requests that Plaintiffs take

nothing and assess costs against Plaintiffs. Defendant requests any other relief to which it may

be entitled.

Respectfully submitted,

COX P.L.L.C

**Clinton V. Cox, IV**
State Bar No. 24040738
ccox@coxpllc.com
7859 Walnut Hill Lane, Suite 310
Dallas, Texas 75230
Tel:     (214) 444-7640
Fax:     (469) 340-1884

**Marjorie C. Nicol**
State Bar No. 00784684
mnicol@coxpllc.com
2200 Post Oak Blvd., Suite 1550
Houston, Texas 77056
Tel:     (713) 504-9078
Fax:     (469) 340-1884

**ATTORNEYS FOR DEFENDANT
STAN KOCH AND SONS TRUCKING, INC.**

## **<u>CERTIFICATE OF SERVICE</u>**

This will certify the foregoing instrument has been served on all attorneys of record, pursuant to the Texas Rules of Civil Procedure on this the 19th day of May 2022.

_____

**Clinton V. Cox, IV**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Catalan on behalf of Clint Cox
Bar No. 24040738
mcatalan@coxpllc.com
Envelope ID: 64691946
Status as of 5/20/2022 8:51 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Morrell | | cmorrell@themorrellfirm.com | 5/20/2022 7:58:02 AM | SENT |
| Mariselma Ayala-Stephens | | mayala-stephens@themorrellfirm.com | 5/20/2022 7:58:02 AM | SENT |
| Maria Catalan | | mcatalan@coxpllc.com | 5/20/2022 7:58:02 AM | SENT |
| Clint V.Cox | | ccox@coxpllc.com | 5/20/2022 7:58:02 AM | SENT |
| Marjorie Nicol | | mnicol@coxpllc.com | 5/20/2022 7:58:02 AM | SENT |